Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> NATHANIEL KAIN GRIER, <br><br> Defendant. | CASE NO.  MJ25-284 <br><br> COMPLAINT for VIOLATIONS <br> Title 21, U.S.C. Sections 841(a) and 841(b)(1)(B) <br><br> Title 18, U.S.C. Sections 924(c)(1)(A)(i), 922(g)(1) |

BEFORE, the Honorable S. Kate Vaughan, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about June 19, 2024, in King County, within the Western District of Washington, NATHANIEL KAIN GRIER did knowingly and intentionally possess, with the intent to distribute, methamphetamine a substance controlled under Title 21, United States Code.

Complaint - 1
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, optical and geometric isomers, and salts of isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 18, 2024, in King County, within the Western District of Washington, NATHANIEL KAIN GRIER knowingly possessed a firearm, that is, an Anderson AM15 9mm rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of Controlled Substances with Intent to Distribute,* as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

**(Unlawful Possession of Firearms)**

On or about June 19, 2024, in King County, in the Western District of Washington, NATHANIEL KAIN GRIER, knowing that he had been convicted of the following crimes, punishable by imprisonment for terms exceeding one year:

*Burglary in the Second Degree*, in King County Superior Court, Washington, under cause number 17-C-00511-4, on or about August 24, 2018, and

*Attempted Arson in the First Degree,* in King County Superior Court, Washington, under cause number 18-1-02434-6 on or about August 24, 2018

did knowingly possess firearms—including:

One Anderson AM15 9mm rifle;

One Kel-Tec .380 pistol;

One Smith & Wesson Bodyguard .380 caliber pistol;

Complaint - 2
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

said firearms having been shipped and transported in interstate commerce. In violation of Title 18, United States Code, Sections 922(g)(1).

I, Special Agent Daniel Rucker, being first duly sworn on oath, depose and say:

### TRAINING AND EXPERIENCE

1. I, Detective Daniel Rucker, am a duly sworn police officer with the City of Everett Police Department, located in Everett, Washington. I have been employed as a police officer since 1995. I am currently assigned to the Snohomish Regional Drug Task Force, located within Snohomish County, Washington. I have been in this current assignment since 2001, and am responsible for carrying out state drug and firearm investigations, as well as asset seizure/forfeiture investigations. In 2014, I was assigned as a Task Force Officer with the Federal Bureau of Investigation – Seattle Field Office. This collateral duty carries the responsibility of enforcing federal violations of both Title 21, United States Code (controlled substances), and Title 18, United States Code (firearms).

2. As a law enforcement officer, my training has included attending and successfully completing numerous courses to include: the Washington State Criminal Justice Training Commission Basic Law Enforcement Academy (440 hours); the Drug Enforcement Administration Basic Drug Investigator's Course (80 hours); Narcotics Recognition and Investigation (50 hours); Asset Forfeiture Investigations (24 hours); Money Laundering: Tracing Illicit Funds (16 hours); Analytical Investigation Methods (40 hours); and Federal Law Enforcement Training Center sponsored Money Laundering and Asset Forfeiture Training (36 hours).

3. During my employment as a law enforcement officer, I have been involved in hundreds of drug investigations resulting in the issuance of search warrants, seizures of controlled substances and firearms, seizures of real and personal property, and arrests of drug and firearms traffickers.

Complaint - 3
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Through my training and experience, I know that methamphetamine is typically used in quantities of one tenth (.1) to one quarter (.25) of a gram, either intravenously or by being smoked. A quarter gram of methamphetamine on the street can sell for around $20, an ounce for $100-$200, and a pound of methamphetamine can generally sell, depending on many factors including quality, supply and locale, for between $1,400 to $2,000. A person possessing approximately 343 grams of methamphetamine does not possess it for personal use. Scales and smaller packaging baggies are other common indicators of distribution when found with controlled substances.

5. Through my training and experience, I know that firearms are considered "tools of the trade" for drug distributors and used in furtherance of their illegal drug distribution activities. I know that drug dealing is both a cash business and a very dangerous business. Drug distributors regularly arm themselves with firearms to protect themselves, their drugs, their profits, and livelihood, thus ensuring they can continue their drug distribution activities. I know that individuals with felony convictions are willing to risk being in possession of a firearm unlawfully because of the need for protection while engaged in the drug distribution trade.

6. I make this Affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information gained from, but not limited to, the following sources: (1) investigation conducted by other law enforcement personnel, whose findings and observations have been reported to me either directly or indirectly; (2) statements of witnesses; (3) business and public records; and (4) law enforcement database inquiries.

7. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by other law enforcement officers. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the

Complaint - 4
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

statement) to whom I have spoken or whose report I have read and reviewed. Such statements are among many statements made by others and are stated in substance, not verbatim, unless otherwise indicated.

8. Furthermore, my experience as an investigator forms a basis for the opinions and conclusions set forth below. Because this Affidavit is offered for the limited purpose of establishing probable cause that NATHANIEL KAIN GRIER committed the offense of Possession with Intent to Distribute, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Felon in Possession of Firearms it does not contain all of the information that law enforcement possesses relative to this investigation. Dates and times provided herein are approximate.

## INVESTIGATION AND PROBABLE CAUSE

9. Nathaniel K. Grier has several felony convictions, including convictions for *Burglary in the Second Degree* in King County Superior Court, Washington under cause number 17-C-00511-4 with a sentencing date of August 24, 2018, and *Attempted Arson in the First Degree,* in King County Superior Court, Washington under cause number 18-1-02434-6 with a sentencing date of August 24, 2018.

10. In mid-June, 2024, Snohomish Regional Drug Task Force Detectives met with a Confidential Source (CS) who identified a person named "Nate" who was selling methamphetamine and firearms out of his RV, located on the shoulder of the 5500 block of South 129th Street, Seattle, Washington. Law enforcement agents were able to fully identify "Nate" as Nathaniel K. Grier (DOB 1988).

11. During a controlled buy operation, a confidential source (CS) met with Grier, at the aforementioned RV in Seattle, Washington. The CS purchased an amount of methamphetamine from Grier and observed multiple firearms within Grier's RV and his associated box van. Based on the operation, probable cause was established for Grier's arrest and a search warrant was granted for his RV and associated box van from the Snohomish County Superior Court.

Complaint - 5
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    12.    On June 19, 2024, detectives carried out an arrest operation and executed
2 search warrants on Grier's RV, box van, and associated vehicles.  Grier was followed
3 away from his RV to a nearby gas station and arrested after a failed attempt to flee. Two
4 handguns were recovered from the vehicle he was driving, specifically a Smith and
5 Wesson Bodyguard .380 and a Kel-Tec .380. Search warrants were then served at Grier's
6 RV and box van. Law enforcement recovered the following from inside the box van:

   a.   a high-capacity drum magazine loaded with 58 live .223 rounds;

   b.   five AR magazines loaded with live .223 rounds;

   c.   a Benelli Super Black Eagle 3, partial barrel 12-gauge shotgun reported stolen from Seattle on February 18, 2024;

   d.   a Springfield 12-gauge short barrel shotgun;

   e.   an Anderson AM15 .223 caliber rifle;

   f.   an Arsenal .762 caliber rifle;

   g.   a Barrett Model 99 .50 caliber rifle;

   h.   a Kalashnikov Model Saiga 12 12-gauge shotgun;

   i.   a Remington Model 510 .22 caliber rifle;

   j.   a Thompson .45 caliber rifle;

   k.   a Springfield Model 30M1 Garand .308 caliber rifle reported stolen from Seattle on February 18, 2024;

   l.   a Savage Arms .30 caliber rifle; and

   m.   a Beretta handgun.

   13.   Law enforcement recovered the following from inside the bedroom of Grier's RV:

Complaint - 6
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. two bags of methamphetamine containing 310g and 32g, respectively (positive field test);

b. 26g suspected counterfeit Xanax bars;

c. two digital scales and a plastic cup with residue;

d. packing materials; and

e. an Anderson AM15 9mm rifle, with 15 live rounds loaded in the magazine and one live round loaded in the chamber.

14. I have reviewed GRIER's criminal history and confirmed he has been convicted of no less than eight felonies in Washington State, to include:

a. One count of Attempted Arson in the First Degree in 2018;

b. Four counts of Burglary in the Second Degree in 2018 and 2015;

c. One count of Theft in the First Degree in 2018; and

d. One Count of Possession of a Stolen Vehicle in 2015.

15. I have examined and photographed the above listed firearms. I have also consulted with and provided the firearms or photos of the following firearms to Special Agent Brian Arnold: (1) one Anderson AM15 9mm rifle;(2) one Kel-Tec .380 pistol; and (3) one Smith & Wesson Bodyguard .380 caliber pistol. Special Agent Arnold is an Interstate Nexus Expert, and has additional training in determining the location of a particular firearm's manufacture. Based on his training and experience, Special Agent Arnold knows that the firearms listed above were not manufactured in Washington. Consequently, since the firearms were recovered in Washington, Special Agent Arnold and I believe, that the above listed firearms traveled in and affected interstate commerce.

//

//

Complaint - 7
United States v. Grier
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

16. Based on the aforementioned facts, there is probable cause to believe that NATHANIEL KAIN GRIER committed the crimes of Possession with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), and Felon in Possession of Firearms in violation of Title 18, United States Code, Sections 922(g)(1).

Daniel Rucker
Detective, Snohomish County
Task Force Officer, FBI

On this date, the above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing Affidavit, and based on the sworn Complaint and Affidavit, the Court hereby finds that there is probable cause to believe the defendant NATHANIEL KAIN GRIER committed the offenses set forth in the Complaint.

DATED this 9th day of May, 2025.

The Honorable S. Kate Vaughan
United States Magistrate Judge

Complaint - 8
*United States v. Grier*
USAO No. 2024R01279

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970